K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>             Plaintiff,<br><br>     vs.<br><br>GUITAR CENTER, INC., et al.,<br><br>             Defendants. | No.  1:12-CV-01265-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Guitar Center, Inc. aka Guitar Center Stores, Inc. dba Guitar Center aka Guitar Center #227 and Richard V. Gunner and Margaret S. Gunner, as Trustees of the Richard V. Gunner and Margaret S. Gunner Community Property Trust Agreement, Dated March 11, 2002, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 10, 2012                              MOORE LAW FIRM, P.C.


                                                    /s/Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff Cecil Shaw


*Shaw v. Guitar Center, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

33113-00000 2282732.1

| | |
|---|---|
| Date: October 12, 2012 | McCORMICK BARSTOW LLP |

               /s/ David R. McNamara
             David R. McNamara
             Attorneys for Defendants Guitar Center, Inc. aka Guitar Center Stores, Inc. dba Guitar Center aka Guitar Center #227 and Richard V. Gunner and Margaret S. Gunner, as Trustees of the Richard V. Gunner and Margaret S. Gunner Community Property Trust Agreement, Dated March 11, 2002

## **ORDER**

  The parties having so stipulated,

  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  October 12, 2012           _____
                      CHIEF UNITED STATES DISTRICT JUDGE